1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEY BRANDS INTERNATIONAL LIMITED, | ) ) ) | CASE NO. CV 15-5943 DSF (RAOx) |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| CA ACQUISITION, LLC, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

The Court having granted defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED that the action be dismissed without prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated:    9/14/15

_____
Dale S. Fischer
United States District Judge